Fill in this information to identify the case:

Debtor 1: Richard Eugne Van Cleave

Debtor 2: Lujene Van Cleave
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Texas
(State)

Case number: 15-40828-rfn13

Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account: 5 5 6 6

**Property address:** 3718 Hollow Creed Road
Number    Street

Arlington, TX 76001
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 9,784.39

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ (723.04)

c. **Total.** Add lines a and b. (c) $ 9,061.35

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 03 / 01 / 2018
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| | | |
|---|---|---|
| Debtor 1 | Richard Eugne Van Cleave | Case number *(if known)* 15-40828-rfn13 |
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kristin A. Zilberstein
Signature

Date 09 / 06 / 2018

Print: Kristin A. Zilberstein, Esq.
First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: The Law Offices of Michelle Ghidotti

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Ave.
Number   Street

Santa Ana, CA 92705
City   State   ZIP Code

Contact phone (949) 427 - 2010

Email kzilberstein@ghidottilaw.com



**BSI Financial Services**

## Loan Information

| | |
|---|---|
| Loan # | ΠΕΡΑ |
| Borrower | VAN CLEAVE |
| BK Case # | 15-40828 |
| Date Filed | 3/2/2015 |
| First Post Petition Due Date | 4/1/2015 |
| POC Covers | |

## Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 4/1/2015 | | $766.75 | $766.75 | being applied |
| 3/1/2017 | $736.15 | $814.29 | $1,550.44 | NOPC |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/8/2015 | $1,445.58 | suspense | | | $1,445.58 | $1,445.58 | | $1,445.58 | | | $0.00 | |
| 6/12/2015 | $1,484.17 | 4/1/2015 | 9/1/2014 | $1,394.77 | $89.40 | $89.40 | | $1,534.98 | | | $0.00 | |
| 6/12/2015 | | 5/1/2016 | 10/1/2014 | $1,394.77 | -$1,394.77 | | $1,394.77 | $140.21 | | | $0.00 | |
| 11/16/2015 | | trustee arrears | | | $0.00 | | | $140.21 | $297.99 | | $297.99 | |
| 2/2/2016 | | trustee arrears | | | $0.00 | | | $140.21 | $1,141.69 | | $1,439.68 | |
| | | APO entered 2/25/16, iao $13,103.12 for 6/1/15 - 2/1/16 to be added to plan. Resume reg mnthly pmnt 3/1/16 iao $1394.77 | | | | | | | | | | |
| 3/14/2016 | | trustee arrears | | | $0.00 | | | $140.21 | | | $1,439.68 | |
| 3/15/2016 | | pre petition applied | 11/1/2014 | | $0.00 | | | $140.21 | $572.54 | | $2,012.22 | |
| 4/12/2016 | | trustee arrears | | | $0.00 | | | $140.21 | $1,153.65 | $766.75 | $2,012.22 | |
| 4/13/2016 | | pre petition applied | 12/1/2014 | | $0.00 | | | $140.21 | | | $3,165.87 | |
| 5/6/2016 | | trustee arrears | | | $0.00 | | | $140.21 | $572.36 | $766.71 | $3,165.87 | |
| 6/8/2016 | | trustee arrears | | | $0.00 | | | $140.21 | $93.92 | | $3,738.23 | |
| 9/16/2016 | $1,400.00 | 3/1/2016 | 1/1/2015 | $1,394.77 | $5.23 | $5.23 | | $145.44 | | | $3,832.15 | |
| 10/4/2016 | | post arrears | | | $0.00 | | | $145.44 | $743.80 | | $4,575.95 | |
| 10/4/2016 | | trustee arrears | | | $0.00 | | | $145.44 | $2,460.47 | | $7,036.42 | |
| 10/5/2016 | | pre petition applied | 2/1/2015 | | $0.00 | | | $145.44 | | $766.75 | $7,036.42 | |
| 10/5/2016 | | pre petition applied | 3/1/2015 | | $0.00 | | | $145.44 | | $766.75 | $7,036.42 | |
| 10/17/2016 | $1,400.00 | 4/1/2016 | 4/1/2015 | $1,394.77 | $5.23 | $5.23 | | $150.67 | | | $7,036.42 | |
| 11/4/2016 | | trustee arrears | | | $0.00 | | | $150.67 | $310.36 | | $7,346.78 | |
| 11/4/2016 | | post arrears | | | $0.00 | | | $150.67 | $716.09 | | $8,062.87 | |
| 11/8/2016 | | post arrears | 5/1/2015 | | $0.00 | | | $150.67 | | $766.75 | $8,062.87 | |
| 11/16/2016 | $1,400.00 | 5/1/2016 | 6/1/2015 | $1,394.77 | $5.23 | $5.23 | | $155.90 | | | $8,376.88 | |
| 11/29/2016 | | trustee arrears | | | $0.00 | | | $155.90 | $314.01 | | $8,376.88 | |
| 11/19/2016 | | post arrears | | | $0.00 | | | $155.90 | $724.51 | | $9,101.39 | |
| 12/12/2016 | $1,400.00 | 6/1/2016 | 7/1/2015 | $1,394.77 | $5.23 | $5.23 | | $161.13 | | | $9,101.39 | |
| 12/19/2016 | | pre petition applied | 8/1/2015 | | $0.00 | | | $161.13 | | $766.75 | $9,101.39 | |
| 12/29/2016 | | trustee arrears | | | $0.00 | | | $161.13 | $314.00 | | $9,415.39 | |
| 12/29/2016 | | post arrears | | | $0.00 | | | $161.13 | $724.48 | | $10,139.87 | |
| 1/13/2017 | $1,400.00 | suspense | | | $1,400.00 | $1,400.00 | | $1,561.13 | | | $10,139.87 | |
| 1/30/2017 | | 7/1/2016 | 9/1/2015 | $1,394.77 | -$1,394.77 | | $1,394.77 | $166.36 | | | $10,139.87 | |
| 2/20/2017 | $1,500.00 | 8/1/2016 | 10/1/2015 | $1,394.77 | $105.23 | | | $166.36 | | | $10,139.87 | |
| 3/7/2017 | | post arrears | | | $0.00 | | | $166.36 | $1,448.36 | | $11,588.23 | |
| 3/7/2017 | | trustee arrears | | | $0.00 | | | $166.36 | $627.74 | | $12,215.97 | |
| 3/7/2017 | | pre petition applied | 11/1/2015 | | $0.00 | | | $166.36 | | $766.75 | $12,215.97 | |
| 3/8/2017 | | pre petition applied | 12/1/2015 | | $0.00 | | | $166.36 | | $766.75 | $12,215.97 | |
| 3/13/2017 | $1,600.00 | 9/1/2016 | 1/1/2016 | $1,394.77 | $205.23 | $205.23 | | $371.59 | | | $12,215.97 | |
| 4/17/2017 | $1,600.00 | 10/1/2016 | 2/1/2016 | $1,394.77 | $205.23 | $205.23 | | $576.82 | | | $12,215.97 | |
| 5/3/2017 | | trustee arrears | | | $0.00 | | | $576.82 | $312.19 | | $12,528.16 | |
| 5/3/2017 | | post arrears | | | $0.00 | | | $576.82 | $720.30 | | $13,248.46 | |
| 5/3/2017 | | pre petition applied | 3/1/2016 | | $0.00 | | | $576.82 | | $766.75 | $13,248.46 | |
| 5/15/2017 | $1,600.00 | 11/1/2016 | 4/1/2016 | $1,394.77 | $205.23 | $205.23 | | $782.05 | | | $13,248.46 | |
| 6/27/2017 | $1,600.00 | 12/1/2016 | 5/1/2016 | $1,394.77 | $205.23 | $205.23 | | $987.28 | | | $13,248.46 | |
| 7/6/2017 | | trustee arrears | | | $0.00 | | | $987.28 | $313.95 | | $13,562.41 | |
| 7/6/2017 | | post arrears | | | $0.00 | | | $987.28 | $724.36 | | $14,286.77 | |
| 7/6/2017 | | pre petition applied | 6/1/2016 | | $0.00 | | | $987.28 | | $1,397.77 | $14,286.77 | |
| 7/10/2017 | | post arrears | | | $0.00 | | | $987.28 | $724.33 | | $15,011.10 | |

| Date | Amount | Type | Date2 | Val1 | Val2 | Val3 | Val4 | Val5 | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7/10/2017 | | trustee arrears | | | $0.00 | | $987.28 | | $15,325.03 |
| 7/20/2017 | $1,650.00 | | 1/1/2017 | $1,394.77 | $255.23 | $255.23 | | | $15,325.03 |
| 8/2/2017 | | trustee arrears | | | $0.00 | | $1,242.51 | $307.13 | $15,632.16 |
| 8/2/2017 | | post arrears | | | $0.00 | | $1,242.51 | $708.63 | $16,340.79 |
| 8/2/2017 | | pre petition applied | 8/1/2016 | | $0.00 | | $1,242.51 | | $1,394.77 | $16,340.79 |
| 9/11/2017 | | trustee arrears | | | $0.00 | | $1,242.51 | $307.12 | $16,647.91 |
| 9/11/2017 | | post arrears | | | $0.00 | | $1,242.51 | $708.59 | $17,356.50 |
| 9/11/2017 | | pre petition applied | 9/1/2016 | | $0.00 | | $1,242.51 | | $1,394.77 | $17,356.50 |
| 9/18/2017 | $1,650.00 | | 2/1/2017 | $1,394.77 | $255.23 | $255.23 | $1,497.74 | | $17,356.50 |
| 10/13/2017 | $1,650.00 | | 3/1/2017 | $1,394.77 | $255.23 | $255.23 | $1,752.97 | | $17,356.50 |
| 11/3/2017 | | trustee arrears | | | $0.00 | | $1,752.97 | $614.08 | $17,970.58 |
| 11/1/2017 | | post arrears | | | $0.00 | | $1,752.97 | $1,416.85 | $19,387.43 |
| 11/13/2017 | | pre petition applied | 12/1/2016 | | $0.00 | | $1,752.97 | | $1,394.77 | $19,387.43 |
| 11/14/2017 | $1,650.00 | | 4/1/2017 | $1,397.77 | $252.23 | $252.23 | $2,005.20 | | $19,387.43 |
| 11/24/2017 | $1,650.00 | | 5/1/2017 | $1,397.77 | $252.23 | $252.23 | $2,257.43 | | $19,387.43 |
| 12/18/2017 | | trustee arrears | | | $0.00 | | $2,257.43 | $619.25 | $20,006.68 |
| 12/18/2017 | | post arrears | | | $0.00 | | $2,257.43 | $1,428.78 | $21,435.46 |
| 12/19/2017 | | pre petition applied | 3/1/2017 | | $0.00 | | $2,257.43 | | $1,394.77 | $21,435.46 |
| 12/19/2017 | | pre petition applied | 4/1/2017 | | $0.00 | | $2,257.43 | | $1,394.77 | $21,435.46 |
| 12/27/2017 | | trustee arrears | | | $0.00 | | $2,257.43 | $309.62 | $21,745.08 |
| 12/27/2017 | | post arrears | | | $0.00 | | $2,257.43 | $714.38 | $22,459.46 |
| 12/27/2017 | | pre petition applied | 5/1/2017 | | $0.00 | | $2,257.43 | | $1,397.77 | $22,459.46 |
| 1/18/2018 | $1,650.00 | | 6/1/2017 | $1,397.77 | $252.23 | $252.23 | $2,509.66 | | $22,459.46 |
| 2/5/2018 | | trustee arrears | | | $0.00 | | $2,509.66 | $309.60 | $22,769.06 |
| 2/5/2018 | | post arrears | | | $0.00 | | $2,509.66 | $714.32 | $23,483.38 |
| 2/20/2018 | $1,650.00 | | 7/1/2017 | $1,397.77 | $252.23 | $252.23 | $2,761.89 | | $23,483.38 |
| 3/2/2018 | | trustee arrears | | | $0.00 | | $2,761.89 | $309.58 | $23,792.96 |
| 3/2/2018 | | post arrears | | | $0.00 | | $2,761.89 | $714.27 | $24,507.23 |
| 3/20/2018 | $1,650.00 | | 8/1/2017 | $1,397.77 | $252.23 | $252.23 | $3,014.12 | | $24,507.23 |
| 3/30/2018 | | trustee arrears | | | $0.00 | | $3,014.12 | $74.14 | $24,581.37 |
| 3/30/2018 | | post arrears | | | $0.00 | | $3,014.12 | $171.07 | $24,752.44 |
| 5/14/2018 | | 9/1/2017 | | | $0.00 | | $3,014.12 | | $1,397.77 | $24,752.44 |
| 5/14/2018 | | 10/1/2017 | | | $0.00 | | $3,014.12 | | $1,397.77 | $24,752.44 |
| 6/15/2018 | $1,650.00 | | 11/1/2017 | $1,397.77 | $252.23 | $252.23 | $3,266.35 | | $24,752.44 |
| 8/7/2018 | $1,650.00 | | 12/1/2017 | $1,397.77 | $252.23 | $252.23 | $3,518.58 | | $24,752.44 |
| 8/7/2018 | | 1/1/2018 | | $1,397.77 | -$1,397.77 | | $2,120.81 | | $1,397.77 | $24,752.44 |
| 8/7/2018 | | 2/1/2018 | | $1,397.77 | -$1,397.77 | | $723.04 | | $1,397.77 | $24,752.44 |
| 8/7/2018 | | 3/1/2018 | | | $0.00 | | $723.04 | | | $24,752.44 |
| | | | | | | | $723.04 | | | $24,752.44 |

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Kristin A. Zilberstein (SBN 200041) |
|   | Jennifer R. Bergh, Esq. (SBN 305219) |
| 3 | LAW OFFICES OF MICHELLE GHIDOTTI |
|   | 1920 Old Tustin Ave. |
| 4 | Santa Ana, CA 92705 |
|   | Ph:  (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
| 6 | mghidotti@ghidottilaw.com |
| 7 | Authorized Agent for Creditor |
| 8 | U.S. Bank Trust National Association, et al |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: | ) CASE NO.: **15-40828-rfn13** |
|  | ) |
| RICHARD EUGNE VAN CLEAVE and | ) CHAPTER 13 |
| LUJENE VAN CLEAVE, | ) |
|  | ) **CERTIFICATE OF SERVICE** |
| Debtors. | ) |
|  | ) |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

1  be deposited with the United States Postal Service the same day of deposit in the ordinary

2  course of business.

3  On September 6, 2018 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Richard Eugne Van Cleave<br>3718 Hollow Creek Rd.<br>Arlington, TX 76001<br><br>**Joint Debtor**<br>Lujene Van Cleave<br>3718 Hollow Creek Rd.<br>Arlington, TX 76001<br><br>**Debtors' Counsel**<br>Weldon Reed Allmand<br>Allmand Law Firm, PLLC<br>860 Airport Freeway, Suite 401<br>Hurst, TX 76054 | **Debtors' Counsel**<br>James M. Morrison<br>Allmand Law Firm, PLLC<br>860 Airport Fwy., Suite 401<br>Hurst, TX 76054<br><br>**Trustee**<br>Pam Bassel<br>7001 Blvd 26<br>Suite 150<br>North Richland Hills, TX 76180<br><br>**U.S. Trustee**<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |
|---|---|

  __xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

  _____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  __xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed on September 6, 2018 at Santa Ana, California

/*s / Steven P. Swartzell*
Steven P. Swartzell

2
CERTIFICATE OF SERVICE